# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER LEWIS, individually and on behalf of all others similarly situated, | : | Case No. 1:18-cv-576 |
| | : | |
| | : | Judge Timothy S. Black |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MIDLAND CREDIT MANAGEMENT, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by the parties that this civil action has been settled;

It is **ORDERED** that all claims in this action are **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 11/20/18

Timothy S. Black
United States District Judge